1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    HUOT KUOT,

9                            Petitioner,

10          v.

11   PAMELA BONDI, et al. ,

12                            Respondent.

CASE NO. 2:25-cv-02313-RAJ-BAT

**ORDER GRANTING MOTIONS TO
PROCEED IFP; APPOINTMENT OF
COUNSEL; NONREMOVAL FROM
DISTRICT AND SETTING RETURN
DATE**

13         Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241. The Court

14   ORDERS:

15         (1)      Petitioner's motion to proceed in forma pauperis, Dkt. 1, is **GRANTED**.

16         (2)      Petitioner's motion to appoint the Federal Public Defender, Dkt. 3, is

17   **GRANTED.**

18         (3)      Petitioner's request that he not be removed from the district while this matter is

19   pending is **GRANTED**.

20         (4)      If not previously accomplished, electronic posting of this Order and Petitioner's

21   § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all

22   supporting documents. Service upon the United States Attorney is deemed to be service upon

23

1   Pamela Bondi, Kristi Noem, Camilla Wamsley, Bruce Scott and the United States Immigration

2   and customs Enforcement..

3          (2)     Although Petitioner requests the Court order Respondents to file an expedited

4   response within five days, the Court declines to grant the request. Petitioner was placed in

5   detention on June 3, 2025. He contends that his detention is prolonged and there is no significant

6   likelihood he will be removed in the foreseeable future, though he presents few if any facts that

7   establish this. Thus, the Court directs Respondents to file a return and status report no later than

8   **December 8, 2025** as provided in 28 U.S.C. § 2243, explaining why the Court should not grant

9   Petitioner's petition. As a part of such return, Respondent(s) shall submit a memorandum of

10  authorities in support of their position and state whether an evidentiary hearing is necessary.

11         (3)     In accordance with LCR 7(d), Respondent(s) shall note their return for

12  consideration no earlier than 28 days after filing. Petitioner may file and serve a response not

13  later than 21 days after the filing date of the return, and Respondent(s) may file and serve a reply

14  not later than 28 days after the filing date of the return.

15         (4)     If Petitioner's custody status changes at any point during this litigation,

16  **Respondent(s) shall file a status update with the Court as soon as possible and no later than**

17  **14 days after the change**.

18         (5)     The Clerk shall send a copy of this Order to Petitioner and the assigned District

19  Judge.

20         DATED this 19th day of November, 2025.

21

22  _____

23         BRIAN A. TSUCHIDA
       United States Magistrate Judge

ORDER GRANTING MOTIONS TO PROCEED IFP;
APPOINTMENT OF COUNSEL; NONREMOVAL
FROM DISTRICT AND SETTING RETURN DATE - 2