UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUOT KUOT,<br><br>                Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondent. | CASE NO. 2:25-cv-02313-RAJ-BAT<br><br>**ORDER ON UNOPPOSED MOTION FOR BRIEFING SCHEDULE** |

THE COURT has considered the petitioner Huot Kuot's unopposed motion for a briefing schedule (Dkt. 8) along with the records in this case.

It is HEREBY ORDERED:

Petitioner's request for an expedited briefing schedule is GRANTED.

Respondents will file a response to the habeas petition no later than 14 days after the petition was received by the U.S. Attorney's Office, on December 3, 2025.

Petitioner may file a reply to the response no later than five days after Respondents' response is filed and served, on December 8, 2025.

The Court will note the habeas petition for the same day as the Petitioner's reply.

Petitioner's request to terminate the referral to the undersigned Magistrate Judge is DENIED.

ORDER ON UNOPPOSED MOTION FOR
BRIEFING SCHEDULE - 1

1 | The Clerk is directed to provide a copy of this order to petitioner's counsel, respondents' counsel, and the assigned District Judge.

DATED this 25th day of November, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge