HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUOT KUOT, | Case No. 2:25-cv-2313-RAJ-BAT |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

ORDER - 1

THIS MATTER comes before the Court on the parties' Stipulated Motion for Consent to Proceed Before or Termination of Magistrate Judge, Dkt. # 12. The Court has considered the parties' stipulated motion and the balance of the record, and ORDERS as follows:

Upon the parties completing and submitting the Notice of Option to Consent to a U.S. Magistrate Judge at Dkt. # 9, this case shall be assigned to Magistrate Judge Tsuchida to preside over the entire case for all purposes, including any dispositive matter, and Magistrate Judge Tsuchida will not file a report and recommendation reviewable by a district judge.

DATED this 2nd day of December, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2