# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUOT KUOT,<br><br>                Petitioner,<br>v.<br><br>PAMELA BONDI, et al. ,<br><br>                Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:25-cv-02313-BAT |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Petition for writ of habeas corpus is GRANTED, and Petitioner shall be RELEASED from immigration detention no later than December 31, 2025. Respondents shall file a certification no later than January 2, 2026 that Petitioner has been released from immigration detention.

      Dated this 30th day of December, 2025.

                                                      RAVI SUBRAMANIAN
                                                    Clerk of Court

                                                    s/ Andy Quach
                                                    Deputy Clerk